IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TYRONE KING, AIS # 243868,       )
                                 )
            Plaintiff,           )
                                 )
      v.                         )        CIVIL ACTION NO. 2:09cv717-ID
                                 )
LOUIS BOYD, et al.,              )
                                 )
            Defendants.          )

**ORDER AND OPINION**

On February 18, 2010, the Magistrate Judge filed a Recommendation in this case to

which no timely objections have been filed. (Doc. # 6). Upon an independent review of the

file in this case and upon consideration of the Recommendation of the Magistrate Judge, it

is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be

and is hereby ADOPTED and that plaintiff's motion to dismiss is GRANTED and that this

case is DISMISSED without prejudice.

Done this the 11ᵗʰ day of March, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE